UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUNDRA FRANKS,

               Plaintiff,                       **JUDGMENT**
                                                          13-CV-3056 (RRM) (MDG)

   - against -

CITY OF NEW YORK AND NEW YORK CITY
POLICE OFFICER RICHARD DINKLE, Shield
#28075,

               Defendants.
------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

     A Memorandum and Order of the undersigned having been filed this day granting summary judgment to all defendants, it is hereby

     ORDERED, ADJUDGED, and DECREED that plaintiff take nothing from defendants, and that this action is dismissed.

                                                      SO ORDERED.

                                                     *Roslynn R. Mauskopf*

Dated: Brooklyn, New York
        August 10, 2015                           _____
                                                    ROSLYNN R. MAUSKOPF
                                                   United States District Judge